## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ENCORE ENTERPRISES, INC.,

        Plaintiff,

-vs-                                  Case No.  2:09-cv-118-FtM-36SPC

ROBERT HOTELS FORT MYERS, LLC,

        Defendant.

_____

## ORDER

This matter comes before the Court on the Defendant Robert Hotels Fort Myers, LLC.'s Unopposed Motion for One Month Enlargement of Remaining Case Management Deadlines (Doc. #32) filed on December 9, 2010. Pursuant to Local Rule 3.01(g) the Defendant conferred with the Plaintiff who does not oppose the requested relief.  The matter was referred to this Court on February 1, 2010, and is now ripe for review.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

In this case the Motion is unopposed, and therefore, the Court finds good cause to grant the extensions of time.

Accordingly, it is now

**ORDERED:**

The Defendant Robert Hotels Fort Myers, LLC.'s Unopposed Motion for One Month Enlargement of Remaining Case Management Deadlines   (Doc. #32) is **GRANTED**.  The Case Management and Scheduling Order is Modified as follows:

| | |
|---|---|
| Disclosure of Experts                    Plaintiff:<br>Defendant: | **February 2, 2010**<br>**March 1, 2010** |
| Discovery Deadline | **April 1, 2010** |
| Mediation                                    Deadline:<br>Mediator:<br>Address:<br>Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **April 19, 2010** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **May 3, 2010** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **July 26, 2010** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **August 9, 2010** |
| Final Pretrial Conference                 Date:<br>Time:<br>Judge: | **August 23, 2010**<br>**1:30pm**<br>**Hon. Charlene Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **September 7, 2010** |
| Estimated Length of Trial | **2 Days** |

| Jury/Non Jury | **Non-Jury** |
|---|---|

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record