UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENCORE ENTERPRISES, INC.,

        Plaintiff,

-vs-                                                Case No. 2:09-cv-118-FtM-36SPC

ROBERT HOTELS FORT MYERS, LLC,

        Defendant.

_____

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion for Three Month Enlargement of Remaining Case Management Deadlines (Doc. #43) filed on September 7, 2010. The Parties jointly move for a 90-day extension of the remaining case management deadlines. As grounds, the Parties state that the recently-filed Second Amended Complaint added a claim for unjust enrichment after Defendant's written discovery and depositions. Thus, the Defendant will now have to seek additional discovery on the new claim. Thus, for good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Defendant's Unopposed Motion for Three Month Enlargement of Remaining Case Management Deadlines (Doc. #43) is **GRANTED**. The case management deadlines in this case are amended as follows:

| | |
|---|---|
| **Discovery Deadline** | **JANUARY 3, 2011** |
| **Mediation** | **JANUARY 14, 2011** |

| | |
|---|---|
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | **FEBRUARY 4, 2011** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **FEBRUARY 28, 2011** |
| **Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | **APRIL 18, 2011** |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | **APRIL 29, 2011** |
| Final Pretrial Conference | Date:   MAY 23, 2011<br><br>Time:   1:30 P.M.<br><br>Judge:  Charlene Edwards Honeywell |
| **Trial Term Begins** | **JUNE 6, 2011** |

**All other deadlines remain unchanged.**

    **DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of September, 2010.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record