## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ENCORE ENTERPRISES, INC.,

          Plaintiff,

-vs-                                    Case No.  2:09-cv-118-FtM-36SPC

ROBERT HOTELS FORT MYERS, LLC,

          Defendant.

_____

## **ORDER**

This matter comes before the Court on Plaintiff's Third Unopposed Motion to Extend Case Management Deadlines for Meeting and Joint Pretrial Statement and Motion for Continuance of Trial Date (Doc. #76) filed on April 18, 2011.  The Parties jointly request that the pre-trial deadlines in this case be extended and the trial date moved to September 2011.  The Court finds that the requested extensions are due to be denied as this case will be ready for bench trial to commence on June 6, 2011.  As the Joint Final Pretrial Statement was due today, the Court will allow the Parties one week to file the Statement and accompanying materials.

Accordingly, it is now

**ORDERED:**

(1)    Plaintiff's Third Unopposed Motion to Extend Case Management Deadlines for Meeting and Joint Pretrial Statement and Motion for Continuance of Trial Date (Doc. #76) is **DENIED**.

(2)    The Joint Final Pretrial Statement is due on or before **April 25, 2011**.

(3) All other deadlines in the case set forth in Doc. #44 shall remain **unchanged**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of April, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record