UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENCORE ENTERPRISES, INC.,

        Plaintiff,

-vs-                                               Case No.   2:09-cv-118-FtM-36SPC

ROBERT HOTELS FORT MYERS, LLC,

        Defendant.
_____

## ORDER

This matter comes before the Court on the Parties' joint motion for telephonic hearing regarding scheduling in this matter. The Court held a telephonic hearing with counsel for both parties on April 25, 2011. This case will remain set for bench trial on June 6, 2011, with pretrial conference on May 23, 2011 at 1:30pm before the Honorable Charlene Honeywell. The Court will extend the deadlines set for filing of the Joint Final Pretrial Statement and all other pretrial motions.

Accordingly, it is now **ORDERED:**

The deadlines in this case are amended as follows:

| | |
|---|---|
| **Joint Final Pretrial Statement** | **May 16, 2011** |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | **May 9, 2011** |

All other deadlines remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, this ___25th___ day of April, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record