**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**ENCORE ENTERPRISES, INC.,**

     **Plaintiff,**

**v.**                                                                 **Case No:  2:09-cv-118-FtM-36SPC**

**ROBERTS HOTELS FORT MYERS,**
**LLC,**

     **Defendant.**
_____/

**ORDER**

    This matter comes before the Court on Plaintiff's Motion for Leave to File Under Seal

Motion for Writ of Garnishment (Doc. #128) filed on October 5, 2012.  Plaintiff requests the

Court allow it to file two motions for writ of garnishment under seal.  Plaintiff requests that the

Motions for Writs of Garnishment be filed under seal because Defendant may attempt to move

its money and close its accounts upon notice of the garnishment action.

    In balancing a party's interest in keeping the information confidential against the public

interest in accessing court documents, courts consider the following factors:

> (a) whether allowing access would impair court functions or harm legitimate
> privacy interests;
> (b) the degree and likelihood of injury if made public;
> (c) the reliability of the information;
> (d) whether there will be an opportunity to respond to the information;
> (e) whether the information concerns public officials or public concerns; and
> (f) the availability of a less onerous alternative to sealing the documents.

Federal Trade Commission v. Alcoholism Cure Corp., 2010 WL 4840046, at *3 (M.D. Fla.

2010).

The Court will allow the Motions for Writ of Garnishment to be filed *ex parte*, but not under seal.  Likewise, the Court will accept Plaintiff's Motion for Leave to File Under Seal *ex parte*, rather than filed under seal.  Enforcement of a judgment shall be through writ of execution unless the court directs otherwise; the court may order other remedies that accord with the procedure of the state where the court is located.  Fed. R. Civ. P. 69(a)(1)(2011).  Florida law provides for the remedy of garnishment pursuant to Fla. Stat. § 77.01 *et. seq.*; under the applicable Florida statutes, notice is provided to a defendant after service of the Writ of Garnishment.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Leave to File Under Seal Motion for Writ of Garnishment (Doc. #128) is **DENIED**.  The Clerk of Court is directed to docket the Motion for Leave to File Under Seal Motion for Writ of Garnishment and Motions for Writ of Garnishment *ex parte* and not under seal.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of October, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record