UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ENCORE ENTERPRISES, INC.,**

    **Plaintiff,**

v.                                                       Case No: 2:09-cv-118-FtM-36SPC

**ROBERTS HOTELS FORT MYERS, LLC,**

    **Defendant.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Ex-Parte Motion for Writ of Garnishment against Garnishee Bank of America (Doc. #130) and Plaintiff's Ex-Parte Motion for Writ of Garnishment against Garnishee U.S. Trust (Doc. #131). On September 11, 2012, the Clerk entered an Amended Judgment in this case in favor of the Plaintiff and against the Defendant in the amount of $160,169.74, *nunc pro tunc* to November 2, 2011. (Doc. # 127). To date nothing has been paid on the Judgment, therefore, the Plaintiff moves the Court for Writs of Garnishment to collect on the Judgment upon Bank of America and U.S. Trust, who may have intangible personal property of Defendant in its possession, custody, or control.

Enforcement of a judgment shall be through writ of execution unless the court directs otherwise; the court may order other remedies that accord with the procedure of the state where the court is located. Fed. R. Civ. P. 69(a)(1)(2011). Florida law provides for the remedy of garnishment pursuant to Fla. Stat. § 77.01 *et. seq.*; under the applicable Florida statutes, notice is provided to a defendant after service of the Writ of Garnishment.

Given that Final Judgment has been entered against the Defendant Roberts Hotels, the Court finds good cause to grant the Motions for Writ of Garnishment. Plaintiff must follow all provisions, including notice requirements, as set forth in Fla. Stat. § 77.041.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Ex-Parte Motion for Writ of Garnishment against Garnishee Bank of America (Doc. #130) is **GRANTED**.

(2) Plaintiff's Ex-Parte Motion for Writ of Garnishment against Garnishee U.S. Trust (Doc. #131) is **GRANTED**.

(3) The Clerk of the Court is hereby directed to issue the Writs of Garnishment submitted with the Motions for Writ of Garnishment.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of October, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record