UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ENCORE ENTERPRISES, INC.,**

    **Plaintiff,**

v.                                        Case No:  2:09-cv-118-FtM-36SPC

**ROBERTS HOTELS FORT MYERS, LLC,**

    **Defendant.**
_____/

**ORDER**

This matter comes before the Court on Garnishee Bank of America's Motion for Attorneys' Fees (Doc. #137) filed on October 25, 2012.  On October 5, 2012, the undersigned entered an Order granting Plaintiff's Ex-Parte Motion for Writ of Garnishment Against Garnishee Bank of America. (Doc. #132).  Thereafter, the Plaintiff issued a writ of garnishment on Bank of America. (Doc. #135).  Bank of America answers, and indicates that it has no goods, monies, chattels, or effects of the Defendant.  (Doc. #137).  In its Answer, Bank of America requests that the $100 deposit placed into the Court's registry by the Plaintiff be remitted to its attorneys.

Pursuant to Fed. R. Civ. Proc. 69, enforcement of a judgment shall be through writ of execution unless the court directs otherwise.  The court may order other remedies that accord with the procedure of the state where the court is located.  Fed. R. Civ. P. 69(a)(1) (2011).  Florida law provides for the remedy of garnishment pursuant to Fla. Stat. § 77.01 *et. seq*.  Pursuant to Fla. Stat. § 77.28, before issuance of a writ of garnishment, the party applying for it shall deposit $100 in the court's registry "which shall be paid to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her

attorney's fees which the garnishee expends or agrees to expend in obtaining representation in response to the writ."

Prior to the Court issuing the writ of garnishment, Plaintiff paid the $100 fee into the Court's registry. Garnishee Bank of America has made a demand for the $100 as payment for attorneys' fees. The Court finds good cause to direct the Clerk to disburse the monies.

Accordingly, it is now

**ORDERED:**

(1) Garnishee Bank of America's Motion for Attorneys' Fees (Doc. #137) is **GRANTED**.

(2) The Clerk of Court is directed to disburse the $100 writ of garnishment fee from the registry of the Court payable to Haley & Jhones, P.A., 1500 San Remo Avenue, Suite 222, Coral Gables, Florida 33146.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record
Finance