UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ENCORE ENTERPRISES, INC.,**

    **Plaintiff,**

v.                                             Case No:  2:09-cv-118-FtM-36SPC

**ROBERTS HOTELS FORT MYERS,
LLC,**

    **Defendant.**
_____/

## ORDER

This matter comes before the Court on Answer to Writ of Garnishment Served November 8, 2012 and Demand for Attorneys' Fees (Doc. #139) filed on November 16, 2012.  On October 5, 2012, the undersigned entered an Order granting Plaintiff's Ex-Parte Motion for Writ of Garnishment Against Garnishee Bank of America.  (Doc. #132).  Thereafter, the Plaintiff issued **one** writ of garnishment on Bank of America after receiving said writ from the Clerk of Court. (Doc. #135).  Bank of America has answered for the second time, indicating that it has no goods, monies, chattels, or effects of the Defendant.  (Doc. #139).  In its Answer, Bank of America requests that the $100 deposit placed into the Court's registry by the Plaintiff be remitted to its attorneys.

The Court previously granted Bank of America's first demand for attorney's fees related to the writ of garnishment (Doc. #137) and directed the Clerk to disburse the $100 writ of garnishment fee from the registry of the Court payable to Haley & Jhones, P.A. (Doc. #138).  In Bank of America's first demand for attorney's fees (Doc. #137), it indicates that the writ of garnishment was served on October 18, 2012.  In the instant demand, it indicates that the writ of garnishment was served on November 8, 2012.  In any event, the request is due to be denied as

this Court has only issued one writ of garnishment to Plaintiff directed to Bank of America and the $100 deposit placed into the Court's registry by Plaintiff has been or is in the process of being remitted to Bank of America's attorneys.

Accordingly, it is now

**ORDERED:**

Answer to Writ of Garnishment Served November 8, 2012 and Demand for Attorneys' Fees (Doc. #139) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record
Finance